CLEMENTE M. JIMÉNEZ, SBN 207136
816 H Street, Suite 108
Sacramento, CA 95814
(916) 443-8055
Attorney for Defendant
GERARDO ALBARRAN-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-cr-00168 MCE |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| SERGIO PORTILLO-GUITERREZ and GERARDO ALBARRAN-HERNANDEZ, Defendants. | DATE: May 21, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Robin Taylor, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant GERARDO ALBARRAN-HERNANDEZ, and Emmet Mahle, Counsel for Defendant SERGIO PORTILLO-GUITERREZ, that the status conference scheduled for May 21, 2009, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on June 25, 2009, at 9:00 a.m. for further status conference.

Defense counsel seek additional time to prepare and confer with their respective clients.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: May 20, 2009  /S/     Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Defendant
Gerardo Albarran-Hernandez


/S/     Emmet Mahle
EMMET MAHLE
Attorney for Defendant
Sergio Portillo-Guiterrez


/S/     Robin Taylor
ROBIN TAYLOR
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for May 21, 2009, at 9:00 a.m., be vacated and the matter continued to June 25, 2009, at 9:00 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: May 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE