CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055
Attorney for Defendant
GERARDO ALBARRAN-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SERGIO PORTILLO-GUITERREZ<br>    and<br>GERARDO ALBARRAN-HERNANDEZ,<br><br>    Defendants. | Case No.: 2:09-cr-00168-MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   June 25, 2009<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Robin Taylor, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant GERARDO ALBARRAN-HERNANDEZ, and Emmett Mahle, Counsel for Defendant SERGIO PORTILLO-GUITERREZ, that the status conference scheduled for June 25, 2009, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on August 27, 2009, at 9:00 a.m. for further status conference.

   Defense counsel seek additional time to prepare and confer with their respective clients.

   IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

| | |
|---|---|
| DATED: June 22, 2009 | /S/    Clemente M. Jiménez_____<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Defendant<br>Gerardo Albarran-Hernandez |
| | /S/    Emmett Mahle<br>EMMETT MAHLE<br>Attorney for Defendant<br>Sergio Portillo-Guiterrez |
| | /S/    Robin Taylor<br>ROBIN TAYLOR<br>Attorney for Plaintiff |

### ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 25, 2009, at 9:00 a.m., be vacated and the matter continued to August 27, 2009, at 9:00 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: 6/23/2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE