C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
SERGIO PORTILLO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-cr-00168 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| SERGIO PORTILLO-GUTIERREZ, | |
| Defendants. | |

STIPULATION

This matter was scheduled for Status Conference on August 27, 2009, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. I have contacted co-counsel, Clemente Jimenéz, and counsel for the United States, AUSA Robin Taylor, and they have agreed, subject to the court's approval, to continue this matter until September 24, 2009, at 9:00 a.m.

We are requesting the additional time for further discussion, and consideration of a plea agreement. All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for August 27, 2009, at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr, to September 24, 2009, at 9:00 a.m.  They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel.

- 1

DATED:   8-24-09                    /s/ C. EMMETT MAHLE
                                    C. EMMETT MAHLE
                                    Attorney for Defendant
                                    SERGIO PORTILLO-GUTIERREZ


DATED:   8-24-09                    /s/ C. EMMETT MAHLE for
                                    CLEMENTE M. JIMENEZ
                                    Attorney for Defendant
                                    GERARDO ALBARRAN-HERNANDEZ


DATED:   8-24-09                    /s/ C. EMMETT MAHLE for
                                    ROBIN TAYLOR
                                    Assistant United States Attorney


                            ORDER


GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference that was scheduled for August 27, 2009, at 9:00 a.m. is hereby continued to September 24, 2009, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: August 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -