CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055


Attorney for Defendant
GERARDO ALBARRAN-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SERGIO PORTILLO-GUITERREZ<br>            and<br>GERARDO ALBARRAN-HERNANDEZ,<br><br>    Defendants. | Case No.: 2:09-cr-00168 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   September 24, 2009<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Morrison C. England, Jr. |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Robin Taylor, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant GERARDO ALBARRAN-HERNANDEZ, and Emmett Mahle, Counsel for Defendant SERGIO PORTILLO-GUITERREZ, that the status conference scheduled for September 24, 2009, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on October 15, 2009, at 9:00 a.m. for further status conference.

    Defense counsel seeks additional time to prepare and confer with their respective clients.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:    September 23, 2009

/S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Defendant
Gerardo Albarran-Hernandez


/S/    C. Emmett Mahle
C. EMMETT MAHLE
Attorney for Defendant
Sergio Portillo-Guiterrez


/S/    Robin Taylor
ROBIN TAYLOR
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for September 24, 2009, at 9:00 a.m., be vacated and the matter continued to October 15, 2009, at 9:00 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: September 23, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE