```
LAWRENCE G. BROWN
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00168-MCE |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| SERGIO PORTILLO-GUITERREZ, aka Alejandro, and | |
| GERARDO ALBARRAN-HERNANDEZ, aka Arturo Sanchez-Mendoza | |
| Defendants. | |

Based upon the plea agreements and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Sergio Portillo-Guiterrez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 982(a)(6)(A)(ii)(I) and (II), defendants Sergio Portillo-Guiterrez and Gerardo Albarran-Hernandez's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a)     Hewlett-Packard, All in One Printer, Model C-5500, serial # MY67JR72MR;

        b)     OKI Printing Solutions, Printer, Model # N31171A, serial # unknown;

        c)     Soprano RS Central Processing Unit (CPU), serial # 86183072900208;

        d)     Zebra Card Maker, Model P330i, serial # P3300G08765;

        e)     Laminator, serial # AHC 174720;

        f)     Paper Cutter, Model CL300;

        g)     Kodak digital camera, serial # KCGTU83213400; and

        h)     Approximately $392.00 in U.S. Currency.

    2.    The above-listed property constitutes or is derived from, or is traceable to proceeds obtained directly or indirectly from a violation of 18 U.S.C. § 371 and 18 U.S.C. § 1546(a), or was used or intended to be used to facilitate the commission of said violation.

    3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control. The U.S. Marshals Service shall turn over the approximately $392.00 in U.S. Currency that was seized from defendant Sergio Portillo-Guiterrez during booking to the Department of Homeland Security, Customs and Border Protection and/or Immigration and Customs Enforcement.

    4.   a.   Pursuant to 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to

1  dispose of the property in such manner as the Attorney General
2  may direct shall be posted for at least 30 consecutive days on
3  the official internet government forfeiture site
4  www.forfeiture.gov.  The United States may also, to the extent
5  practicable, provide direct written notice to any person known to
6  have alleged an interest in the property that is the subject of
7  the order of forfeiture as a substitute for published notice as
8  to those persons so notified.
9          b.   This notice shall state that any person, other
10 than the defendants, asserting a legal interest in the above-
11 listed property, must file a petition with the Court within sixty
12 (60) days from the first day of publication of the Notice of
13 Forfeiture posted on the official government forfeiture site, or
14 within thirty (30) days from receipt of direct written notice,
15 whichever is earlier.
16     5.  If a petition is timely filed, upon adjudication of all
17 third-party interests, if any, this Court will enter a Final
18 Order of Forfeiture pursuant to 18 U.S.C. §
19 982(a)(6)(A)(ii)(I)and (II) in which all interests will be
20 addressed.

 Dated: November 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE